IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-142-MOC-DCK

| | |
|---|---|
| LEILA NASSER ASR, individually, and as parent of minor child DM, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| MITZI Y. KINCAID, et al., ) ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To File Via Email Or Electronically On The Docket" (Document No. 19) filed September 18, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

The undersigned notes that this Court does not allow *pro se* litigants to file documents electronically on the ECF docket system. However, *pro se* Plaintiff may receive electronic notification of court filings at her email address: Leila.nasserasr@gmail.com, which she provided to the Court on September 23, 2020.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion To File Via Email Or Electronically On The Docket" (Document No. 19) is **DENIED**.

Signed: September 24, 2020

David C. Keesler
United States Magistrate Judge