# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Leila Nasser Asr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00142-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Kincaid & Associates, PLLC | ) | |
| Mitzi Y. Kincaid, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2020 Order.

October 29, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court